**C.J. STEWART; Benjamin Darden, Plaintiffs,**

**Shyheim Deen El–Mu'min, also known as James Lenoir, Appellant,**

v.

Larry **CRAWFORD;** Dave Dormire; A. Woods; Bruce Galloway; Tom Clements; M. Ortbals; Jay Cassady; W. Friesen, Sgt;-Walling, Lt;-Ruppell; Lisa Jones; Debra Reed; David Webster; Enloe; Branson; MO Dept. of Corrections, Appellees.

No. 10–3735.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 4, 2011.

Filed: Oct. 7, 2011.

---

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.

Shyheim D. El–Mu'min, Licking, MO, pro se.

J: Andrew Hirth, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., Caleb M. Lewis, Asst. Atty. Gen., on the brief), for appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Missouri inmate Shyheim El–Mu'min appeals the district court's[1] grant of a partial directed verdict to defendants and the judgment for defendants on the jury verdict in his 42 U.S.C. § 1983 action. We cannot review these rulings, however, because El–Mu'min did not provide a trial transcript and did not ask this court to prepare a transcript at government expense. *See* Fed. R.App. P. 10(b); *Schmid v. United Bhd. of Carpenters & Joiners,* 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (appellant's failure to provide transcript makes it impossible to review evidence presented at trial).

Accordingly, the judgment is affirmed.

---

1. The Honorable Matt J. Whitworth, United States Magistrate Judge for the Western District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).